UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANTHONY MUELLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIDLAND FUNDING, LLC, )<br>)<br>Defendant. ) | Cause No. 4:10CV2053(JCH) |

## **ORDER**

The Court having been advised by counsel for all parties that the above action has been settled:

**IT IS HEREBY ORDERED** that all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file within sixty (60) days from the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this Order shall result in the dismissal of this action with prejudice.

Dated this 26th of January, 2011

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE